UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HOME DEPOT,<br><br>　　　　　Defendant. | No.  2:24-cv-01192 DAD AC PS<br><br><br>ORDER |

This case was removed from state court on April 24, 2024. ECF No. 1. On May 1, 2024, defendant Home Depot filed a motion to dismiss set to be heard on June 12, 2024. ECF 4. Plaintiff did not file an opposition or statement of non-opposition. Plaintiff has not taken any action in this case.

Good cause appearing, IT IS HEREBY ORDERED that the hearing date of June 12, 2024 is VACATED. It is further ORDERED that plaintiff shall show cause, in writing, no later than June 5, 2024, why his failure to respond to the pending motion should not result in a recommendation that this case be dismissed for failure to prosecute. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.

DATED: May 21, 2024

　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE