UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>  Plaintiff,<br><br>  v.<br><br>HOME DEPOT,<br><br>  Defendants. | No.  2:24-cv-01192 DAD AC (PS)<br><br>ORDER |

This case was removed from state court on April 24, 2024.  ECF No. 1.  Plaintiff is proceeding in this action in pro se and the case was accordingly referred to the undersigned for pre-trial proceedings in accordance with Local Rule 302(c)(21).  Plaintiff filed an Amended Complaint on May 21, 2024.  ECF No. 6.  On June 4, 2024, defendant filed a motion to dismiss the Amended Complaint, set to be heard on July 17, 2024.  ECF No. 10.  Per Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition within 14 days of the motion being filed.  In this case, the deadline was June 18, 2024.  Plaintiff did not file an opposition or statement of non-opposition.  Plaintiff did file a "Notice of Lodging," attaching a "Notice of Rejection – General" form apparently issued by the Superior Court of California on May 8, 2024, indicating that an amended complaint submitted to that court on May 2, 2024 was not accepted because the case is now in federal court.  ECF No. 12 at 3.  This document is non-responsive to defendant's motion to dismiss.

1 | Good cause appearing, IT IS HEREBY ORDERED that the hearing date of July 17, 2024,
2 | is VACATED to be re-set as necessary. Plaintiff shall show cause, in writing, within 14 days,
3 | why his failure to respond to the pending motion should not result in a recommendation that this
4 | case be dismissed for failure to prosecute. The filing of an opposition or statement of non-
5 | opposition within this timeframe will serve as cause and will discharge this order. If plaintiff fails
6 | to respond, the court will recommend dismissal of this case pursuant to Local Civil Rule 110.
7 | IT IS SO ORDRED.
8 | DATED: June 20, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE