UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>           Plaintiff,<br><br>     v.<br><br>HOME DEPOT,<br><br>           Defendant. | No. 2:24-cv-01192-DAD-AC (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>(Doc. Nos. 21, 26) |

Plaintiff Christopher Smith proceeds *pro se* in this civil action initiated on April 24, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 12, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss plaintiff's second amended complaint be granted. (Doc. No. 26.) Specifically, the magistrate judge found that plaintiff failed to state a claim for discrimination against his employer because his "factual allegations do not support a plausible connection between [his] protected class status and the adverse employment action" of suspension. (*Id*. at 6.) Similarly, the magistrate judge observed that plaintiff failed to state a claim for retaliation because his allegations do not "demonstrate[] causation as to defendant Home Depot." (*Id*. at 9.) Given plaintiff's representations at the hearing on the

1    pending motion, the magistrate judge concluded that these claims could not be cured by further
2    amendment. (*Id*. at 7, 9–10.) As to plaintiff's hostile work environment claim, the magistrate
3    judge concluded that plaintiff's factual allegations were "too slim" to "establish workplace
4    harassment so severe or pervasive that it altered the conditions of plaintiff's employment." (*Id*. at
5    8–9.) However, because plaintiff expressed at the hearing that there were additional, unalleged
6    "incidents and circumstances" that "further reflect [his management supervisor's] racial
7    hostility," the magistrate judge recommended that this claim be dismissed with leave to amend.
8    (*Id*. at 9.)

9        The pending findings and recommendations were served upon the parties and contained
10   notice that any objections thereto were to be filed within twenty-one (21) days of the date of
11   service. (*Id.* at 11.) Neither party filed any objections and the time in which to do so has now
12   passed.

13       Accordingly,
14   1.   The findings and recommendations issued on February 12, 2025 (Doc. No. 26) are
15       ADOPTED in full;
16   2.   Defendant Home Depot's motion to dismiss (Doc. No. 21) is GRANTED as
17       follows:
18       a.   Plaintiff's discrimination claim is dismissed without further leave to
19           amend;
20       b.   Plaintiff's hostile work environment claim is dismissed with leave to
21           amend;
22       c.   Plaintiff's unlawful retaliation claim is dismissed without further leave to
23           amend;
24   3.   Within thirty (30) days from the date of this order, plaintiff shall either file a third
25       amended complaint or a notice of his intent not to do so;
26   4.   Plaintiff is warned that his failure to file a third amended complaint within the time
27       provided by this order may result in dismissal of this action; and
28   /////

1     5.     This matter is referred back to the magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **May 15, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE