UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT,<br><br>    Defendant. | No. 2:24-cv-01192 DAD AC PS<br><br><br><br>ORDER |

    Plaintiff is proceeding in this case in pro se and the action was accordingly referred to the undersigned for pretrial proceedings pursuant Local Rule 302(c)(21). This case was removed from state court on April 24, 2024, and, having been through two rounds of motions to dismiss by defendants (ECF Nos. 10, 21), is proceeding on plaintiff's Third Amended Complaint, which contains a single claim of hostile work environment. ECF No. 28. On June 3, 2025, defendant moved to dismiss the Third Amended Complaint, without further leave to amend, for failure to state a claim upon which relief can be granted. Plaintiff did not oppose the motion.

    Good cause appearing, it is hereby ORDERED that plaintiff shall show cause, in writing, within 14 days, why his failure to respond to the pending motion should not result in a recommendation that the motion be granted and that this case be dismissed. The filing of an opposition or statement of non-opposition within this timeframe will serve as cause and will

////

1

1  discharge this order. If plaintiff fails to respond, in light of the long procedural history of this
2  case, the court will proceed to address the unopposed motion on its merits.
3  DATED: July 23, 2025

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2