UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTOPHER SMITH,

Plaintiff,

v.

HOME DEPOT,

Defendant.

No. 2:24-cv-01192-DAD-AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANT'S MOTION TO DISMISS WITHOUT LEAVE TO AMEND

(Doc. Nos. 29, 35)

Plaintiff Christopher Smith is proceeding *pro se* in this civil action which she initiated on January 29, 2024, by filing her complaint in the Sacramento County Superior Court. (Doc. No. 1 at 13–15.) The action was removed to this federal court by defendant on Apríl 24, 2024. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 23, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 29) plaintiff's third amended complaint (TAC) be granted without further leave to amend. (Doc. No. 35.) Specifically, the magistrate judge concluded that despite being provided several opportunities to do so, in his TAC plaintiff had failed to allege facts sufficient to state a cognizable Title VII claim or any other claim against defendant. (*Id.* at 6–8.)

1

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 8–9.) On October 6, 2025, plaintiff filed objections to the pending findings and recommendations. (Doc. No. 36.) In those objections plaintiff repeats his assertion that all "things [allegedly] done and said to me" were due to defendant's racial bias. (*Id.* at 2.) These objections do not provide a basis upon which to reject the magistrate judge's well-reasoned findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including plaintiff's objections, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on September 23, 2025 (Doc. No. 35), are adopted in full;

2. Defendant's motion to dismiss (Doc. No. 29) plaintiff's third amended complaint is granted without further leave to amend; and

3. The Clerk of the Court is directed to enter judgment in favor of defendant and to close this case.

IT IS SO ORDERED.

Dated:   **March 15, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2